■ Remy M. Foussard, Appellant, v Emee Olarte-Foussard, Respondent. [8 NYS3d 562]—

Order, Supreme Court, New York County (Paul Wooten, J.), entered December 13, 2013, which, to the extent appealed from as limited by the briefs, granted defendant's motion for summary judgement dismissing the malicious prosecution cause of action, unanimously affirmed, without costs.

Dismissal of the malicious prosecution claim was warranted where the record, including plaintiff's threatening emails to defendant, demonstrates that the criminal proceeding against him did not lack probable cause (*see generally Brown v Sears Roebuck & Co.*, 297 AD2d 205, 208 [1st Dept 2002]). Furthermore, defendant, a civilian, did not initiate the criminal proceeding, but merely conveyed information to the authorities (*see Moorhouse v Standard, N.Y.*, 124 AD3d 1, 7-8 [1st Dept 2014]). Concur—Mazzarelli, J.P., Acosta, Saxe, Manzanet-Daniels and Clark, JJ.